# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN C. FLETCHER, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-10-190-M |
| MICHAEL W. ROACH, United States Marshal for the Western District of Oklahoma, | ) |
| Respondent. | ) |

## ORDER

On April 1, 2010, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition be summarily dismissed without prejudice. Petitioner was advised of his right to object to the Report and Recommendation by April 22, 2010. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 1, 2010, and

(2) DISMISSES the petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED this 4th day of May, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE